May it please the court, counsel. My name is Michael Filippovich. I represent Schaefer Cox along with my co-counsel Ann Wagner who's seated at council table to the left. I would like to reserve at least five minutes for rebuttal argument in this matter. I intend to address the issues concerning the convictions for the count in which Mr. Cox was convicted for solicitation to murder of federal agents as well as the jury instructions related to the conspiracy count. In the briefing we address these issues primarily from the standpoint of the three, what I would suggest are three separate conspiracies that the murder of the fictitious federal hit team that they acknowledge didn't exist. Secondly, a conspiracy to murder people on a list that they allege was maintained by Cox and one of the other co-conspirators and their third theory which was this so-called two-for-one plan. For purpose of argument today I think I'm going to approach it a little differently because I think federal jurisdiction based on the language in the FIOLA case which we both cite to is so important as really the first step the court has to address. I want to approach you most in the hit team allegation does it not? I'm sorry your honor? FIOLA helps you most in the hit team claim does it not? Yes absolutely I mean FIOLA says where the object of the intended attack is not identified with to give rise to the conclusion that had the attack been carried out the victim would have been a federal officer doesn't say could have been or may have been a federal officer then it's impossible to assert that the mere act of the agreement poses a sufficient threat to federal personnel and function so as to give rise to federal jurisdiction. Simply don't have that here with this fictitious hit team and a couple of points on that the government conceded I mean more than conceded in the indictment they described this federal hit team as fictitious they acknowledged that in the jury instructions they submitted with respect that it went to the jury on the overt acts and finally in closing they never challenged the fact that this was a totally a figment of someone's imagination. What exactly is the problem and you can have a conspiracy that's impossible to accomplish and still have a conviction for conspiracy? Well this is not a question of impossibility this is more of a question on this point it has to do with whether you can establish federal jurisdiction the Supreme Court spoke to that problem in Fiola they say if you don't have a specifically identified target and you don't here you have you do it just it didn't really exist but in the minds of the people that were involved they anticipated a federal hit team and the federal part was part of that. Well they the way the government argued it there was not a risk there was a minimal risk if any and probably no risk to federal agents when he argued Mr. Scrogg he argues in closing to the jury he said something bad could have happened and he tied it to state troopers perhaps showing up at KG&P on this private property and maybe something going sideways so with respect to this fictitious hit team it's not it's a matter of legal inadequacy not factual impossibility. Counsel let's suppose for the sake of the discussion that you're correct about the hit team piece of the conspiracy there are other portions of the conspiracy that were demonstrated so how would in your view a a successful argument about the fictitious hit team affect the remainder of the case? Well first with respect to the solicitation count I know the government in their answer to the bill of particulars gave three possible targets in closing all they argued on the solicitation was the fictitious hit team they didn't argue the two theories. That's true I guess I my my question was more geared towards the conspiracy count. Well your honor with respect to the conspiracy count if the other two theories and I'll address the other two theories in a moment could even get to the or should have gotten to the jury then we have a serious problem in terms of unanimity of the jury verdict because this is not a case of just mere factual insufficiency this is a case of legal it as a single conspiracy with a bunch of potential means or overt acts or as separate conspiracies but if it's a single conspiracy with a bunch of sub parts I guess I have difficulty seeing for the conspiracy charge why that would negate the remainder. Well your honor I would respectfully suggest that there were actually three separate agreements here tied to different different events and some of them actually involved different participants so with respect to the fictitious hit team that was addressed specifically as an agreement to act in self-defense to repel an assassination team. If we were to disagree with your view that it was three separate conspiracies or three separate agreements what would your answer to my question? I think the answer would be that there were still different objects within this conspiracy even if the court concluded this were some overarching conspiracy but first this was not an overarching conspiracy just to kill federal agents willy-nilly whoever might might show up there were the government alleged this in the response to the bill of particulars and how they tried the case as three essentially finite objects that they were addressing and I think the jury would would need to be our position under LaPierre in other cases there at least one of those and we have to have some confidence that all of the jurors agreed on on one it's not just and if you throw one out then you can't have that that confidence. Under Shad versus Arizona why do we have to focus on objects why can't it be the means of carrying out the conspiracy? Well your honor if you focus on on the means the means here are I'm not sure I quite understand the court's question. You're saying there has to be a unanimity instruction okay yes and if you have to indicate who the objects are I understand your point my question is under Supreme Court law conspiracy law isn't it adequate for the government to speak of the means of the conspiracy and not necessarily object particularly when as my colleague mentioned the allegation is that there were various ends in mind. Well I think the place where I would have to draw the line or disagree is that there was one overarching conspiracy with a single object and this was multiple means. I know that's your position but I'm saying if you look at this as a series of conspiracies with certain means in mind isn't that sufficient under conspiracy law to uphold not not not the hit person concept which we've talked about before but rather some of the other allegations. Your honor I'm reluctant to concede that point absent. You know I'm not surprised. Let me let me segue to it to it to the other federal identified federal actors in this case. The easy one is Jimmy Johnson the U.S. Marshal. The government lists him as an identifiable federal victim in this case for purpose of the solicitation count. They didn't argue it. There's no evidence whatsoever that that my client or anybody else or that my client directed someone to kill or do any harm to Jimmy Johnson. They had no history together. There was no reason and that's probably why the government didn't argue that. The the other federal identified federal actors are the three individuals who work either for the Department of Homeland Security or TSA who were put who Mr. Cox asked to be put on a list but were never put on a database. The database that Mr. Anderson maintained. There's an exhibit in the record a yellow piece of one page of a yellow pad where their names are listed. No addresses were discovered. So it's a nothing there was no follow-up there but with respect to the conspiracy the salient point is there's the evidence is simply not in the record that there was an agreement combined with the mens rea for for murder to kill these three individuals. What the evidence established was that these individuals were names were given by Mr. Cox to Mr. Anderson presumably to perhaps do some research on where they lived although that was never never done with the idea that they among a number of other both state and federal actors might be people that if the government our government fell apart we ended up in Stalinist martial law and if these individuals participated in Stalinist martial law by rounding people up putting people in the Stalinist martial law then they might be people. Does it matter to our analysis whether the conditions precedent are reasonably likely to occur or are not likely to occur that is are there if if well I guess I'm just wondering whether it's different to say we will commit this violence if the sun comes up tomorrow but if it doesn't we're fine or in other words does it just their view have to be objectively reasonable does that matter? Well I think I think it does matter but I think there's a there's a there's a more basic question and that is whether there was ever an agreement to kill these folks with premeditation and with malice of forethought on these facts but I think it's a different question as a yeah but I guess what concerns me is if if the does it matter if these conditions are unlikely to ever occur well I think it should matter I think well not only I think I mean they're the conspiracy law you can't have a conspiracy law that's conviction where it's a contingent on some other concrete facts we cited those cases in our briefs we've articulated where we we believe the line is but I think if the ender one of the cases that you cite your honor I don't recall off the top of my head if that was the name of one of the cases I see that I'm running out of time here I would like to reserve some time for rebuttal please the court counsel Stephen Scroggie for the US Attorney's Office of his lead counsel in the trial of mr. Cox I apologize for the weather this morning I wish it was better for you no we cannot sir the government could do everything I guess we'll see your honors with respect to the questions that you asked defense counsel the the primary issue here is not foreseeability of whether martial law would have occurred or a Stalinesque Solzhenitsyn type martial law would have occurred it's what mr. Cox thought was going to happen what he thought was going to happen in here which is which was evidenced by the trial in this case he had a list that was a checklist of acts of war by the government and that checklist included martial law and that checklist included 13 out of 15 things that he thought was going to happen and it's critical for the court to understand because there's a lot there's a lot of static in this case for both parties are going back and forth about what what this means what that means was critical for the court to understand and I would direct you to mr. Cox's testimony at trial he sat in that box for three days and told the jury everything that's in this brief and they discounted it what he thought was going to happen was he was going to get arrested this case involves a movement within that movement is a conspiracy mr. Cox controlled the not showing up to state court to face state charges on unlawful possession count he triggered the event which was going to trigger the two-for-one we're going to kill two law enforcement officers or judges or federal officials for every one of us that's taken or kidnapped and that came right on him he owned that yes sir the overall view but let's focus for a moment on the solicitation count isn't your opponent correct that under Fiola the to commit murder just doesn't fly I think that I think that your honor's comment if you can if you look at it in terms of a conspiracy and an agreement and we keep that contained what did they agree to do what did mr. Cox solicit his members to do and mr. Flippen is just not correct these are same the same people involved in the solicitation lighting two things though in your comment that you just made the elements of solicitation are not the same as the elements of conspiracy so there can be a conspiracy to murder without proving a solicitation to murder but in this case we we assert that there was a definite solicitation to commit murder mr. Cox had a meeting with all of the same people who were involved later on in the two-for-one plan to solicit the murder of federal officials the fact that they did not show up and could not show up I don't think is relevant to the analysis it could have been that if they had to be solicited to murder an actual human being and the fictitious doesn't count is there an alternative under the evidence as it came in that would support the solicitation count the alternative would be we believe the evidence to show the solicitation and the intent what does that mean what well the evidence that has nothing to I want you to leave aside the fictitious people maybe you can rephrase your question for me or since well if if a if soliciting someone to kill someone who doesn't exist isn't sufficient under Fiola and under Fiola under whatever if that if that is not enough what other evidence is there of solicitation specifically we would rely on the the facts that mr. Cox had a briefing with his militia team in order to discuss the murder of any federal officials that there any federal officers that would show up to the KG&P security detail and the facts as proven by the whiteboard analysis that we put in our brief that the statements of mr. Olson that if these individuals showed up they were to be killed and they would be stomped through the ice and nobody would miss them so there are numerous facts individuals are these they would be federal they would be federal officials and to be clear on the record and to be to be totally clear the directive was if it's a local or a state we're not going to do that don't shoot but if it's a federal and they pull their guns shoot them Karen Vernon's note notice receipt I've taken from her house during the course of the search said use grenades to stop I really struggle with whether there's a sufficient amount of evidence on this solicitation count I really do I really struggle with that what you what's your best argument that on that count there is sufficient evidence that the court should examine the what we call the whiteboards that was when was taken out of mr. Cox's home which he wrote himself which listed out what the participants were supposed to do at KG&P on that evening and that was to everybody's going to carry weapons bring your harness nests bring your guns body armor etc corroborating evidence from Lonnie Vernon's house when his house was searched the same set of instructions Coleman Barney's house was searched the same set of instructions they actually physically went out and did the security perimeter and the detail stopped a private citizen wouldn't let them proceed through the through the complex and were directed and instructed to kill any federal any federal officer who showed up now you're practically I get your point about some of the other aspects of the conspiracy but can you cite me or the panel to any case that I think if we would have found it we would provide it to you exactly there isn't any guts because case is there no but you're effectively asking us either to make new law or conclude there's not sufficient evidence on this point right we would urge that the evidence was sufficient on solicitation and that because it is so clear this isn't this is not a situation of really of them making this up out of whole cloth there was a direct intention for them to do that there was no doubt about it and if you have a direct intention to kill Mickey Mouse and I go solicit somebody to kill Mickey Mouse well there's no Mickey Mouse to kill can you still have a solicit you can have a conspiracy that's impossible can you have a solicitation that's impossible I haven't found a case that says you can't that's that's what I keep running up against seems so hypothetical but maybe the difference between Mickey Mouse and a federal officer is there there are federal officers and they exist and they are real well and I can understand why a conspiracy claim because once you've launched a conspiracy there is risk emanating from that but solicitation suggests you've got a specific target and if there is no real target there isn't that a problem I don't think it takes it that far I don't think it takes it that far that you need to have a real specific target and I'm doing this by analogy that in the argument I made to judge Brian which judge Brian sat in this case for five weeks six weeks was that again I have to return to the conspiracy aspect of it if you wanted to conspire to remove a nuclear weapon from an arsenal this is exactly what I told them it's a physical impossibility most likely you can get your bowl cutters you can get a map you can do all the things you want to do if it's a violation of federal law you conspired to do it that mean is not relevant and logical under the law if it was Mickey Mouse I would say you would have some some grounds to be skeptical but this was and this may be a difficult decision for you I can tell that but you're you've got a specific identifiable body of people I have a practical question about this if we were to disagree with the government's position about solicitation would there be any need to remand for resentencing if we upheld the conspiracy conviction and I say that because I think the sentences were to run concurrently that's correct my understanding is they were to run concurrently I have not made that examination your honor so I would not be able to answer that question for you okay I want to talk about the sufficiency of the evidence in mr. mention and I want to point to really two exhibits which are really crystallized this entire case and again urge the court to in the briefing appellant asked the court really to focus on the beginning and the aspects of what happened in the beginning of this case the court needs to look at the whole thing all the way up to the end because the important part is this is what mr. Cox really wanted this is the hit list as we call it that Mike for from the trial SCR 7 page 1579 mr. Cox and this is where I'm sorry number 7 at page 1571 your honor so SCR 7 page 1571 thank you this happened in the fall of 2009 and there's there's things in the briefing that state that it just had state people on it but there are federal people here and there's also a map of the Fairbanks federal office and mr. Cox talked to mr. mr. Anderson he testified that jury fault heard all this I need the names of federal marshals I want some paperwork from the Vernon's and he lists three federal employees on this piece of paper and why is this important it's important because later on mr. Anderson testified I added one more name to the list and that was marshal Jimmy Johnson right here and the important thing about that is it says federal hit list it doesn't say come to coffee list or I want to talk to these people it er 620 that's exhibited 506 from the trial and you have to when looking at this issue you have to also fold into mr. Cox his own statements and what was found on his phone they found the phrase hit list on his phone he testified hit list meant a music list I was going to make a music list he testified he wasn't interested in grenades he completely contradicted everything that was recorded by the government and the undercover recordings on the day he was arrested but the most important thing is is that SCR 1605 mr. Cox writes a press release that he's going to issue and he essentially calls out the FBI and the US Marshals if you come to get me this is what's going to happen to you and your followers and when you combine that with this and US Marshals and the name of Jimmy Johnson it's irrefutable to this issue of solicitation all you have said doesn't really change the fiola analysis and the sufficiency of the evidence on the solicitation count as a matter of law it does not I will concede that your honor so when you look at these if there's there is a mountain of evidence here and a lot of times both parties are pointing different ways different directions about what it really means but the point of the matter is what did mr. Cox know what did he think and what did he do and with respect to this list at the end of the conspiracy when mr. Cox is running from the law and he's undercover he doesn't want to get arrested and he's been telling his friends that when I get arrested two for one is gonna happen he wants this list why when we know he wants that list because he tells Coleman Barney or sorry he tells J.R. Olson to get it Olson calls Anderson then he sends the Vernon's to go get it the Vernon's want the list even independent of mr. Anderson they want the list and why do they want the list because mr. Cox is coming back to do guerrilla warfare he tries to get the list mr. Anderson he can't find them he actually gets Coleman Barney and they track him down and then mr. Cox finds out the list doesn't exist what was important in his mind at the time is that this database which he says in the record on recorded conversation it has everybody's name in it and what's gonna happen is when he's arrested that is going to trigger the two-for-one plan and that's irrefutable the evidence is clear that he wanted this thing and he wanted it bad because he knew what was going to be in it and it's true there's state people on here but if you look at the record mr. mr. Cox mr. Cox instructed mr. Anderson time and time again anybody who gets in his way or he's upset with whether it's an office of child services worker or somebody he bumps into at the airport who works for why is that important it's important because mr. Cox was the only one except for mr. Anderson his co-conspirator putting Jimmy Johnson's name on here who decided who is going to make this list and who his people were going to kill and that's why that's important so I urge the court I have two minutes left I urge them actually a minute 30 I urge the court to to pay attention to mr. Cox's testimony and the outright fallacies that he testified to during the trial to pay attention to agent Sutherland's interview of mr. Cox from mr. Cox denied denied talking to mr. Anderson tonight providing names to mr. Anderson and denied really any unlawful conduct and the jury was entitled to weigh that evidence under this you know the sufficiency of the the evidence they were entitled to weigh that as to credibility and found him completely not credible obviously if you have any further questions your honors I don't bet you have some rebuttal time remaining I would like to focus on the conspiracy the case first what this is really about is not what was in mr. Cox's mind so much as whether there was an agreement with the proper mental state for the underlying crime of murdering federal agents that that's the key question not what it was in mr. Cox's mind although that may be relevant with respect to a number of the factual representations made by the government I would I would urge the court to carefully review the transcripts of some of these undercover tapes that the government is referring to I would respectfully suggest and we as we've argued in our reply brief the government is overstating and misstating the evidence in several key respects just now with respect to mr. Cox wanting the list wanting that list towards the end it was mr. Olson at the direction of the FBI that was wanting the list and went to mr. Cox and FBI of course wanted this list because they were concerned that didn't come from mr. Cox that came from mr. Olson from the FBI was the list supposed to be the list this list was begun sometime earlier with mr. Anderson and mr. Cox when they were having these discussions about the government at some point is going to fall apart we may end up in a Stalin esque situation in the United States where they're just rounding people up and our government collapses and we believe that this this may happen and we need to prepare for that and the list according to Anderson's testimony now urge the court to read Anderson's testimony the government's witness the people who are on the database with the addresses where we're all state officials there were no federal officials on that list the government holds up this actually answered judge Clifton's question and I would appreciate it I apologize so what was the point of the handwritten list that included the names of federal officials on it well the point of that based on the testimony from mr. Anderson as I understood it was at some point in the martial law in this country and we want to have a list of individuals that if those individuals were officials of the government state or federal and these were three names that were given by mr. Cox to mr. Anderson Anderson didn't act on it allow those people I mean there are lots of federal officers and if there was the Stalinist takeover presumably they'd be people actively involved in that but for some reason these people were listed and I can't understand other than the fact that mr. Cox actually knew them by name he's in Fairbanks and these are three federal officials that he's engaged with I think he had some some words with with all three of them but nothing from the testimony there was not like a long-seated dispute with them they had done nothing wrong to him he was not really angry at them they were added because they were federal officials and at some point in the future if we have this is the evidence from mr. Anderson and if they participate in it and we have to defend ourselves unlike the innocent Russian citizens then one of them or more of them may have to go that that I would respectfully suggest the court is not in agreement with premeditation and malice of forethought to kill any one of these individuals I think that's just I just want to ask you one question you're out of time but was it mr. Cox's intention that these officials named on the in quotes hit list would have had to have participated in the Stalinist takeover in order to be worthy of death the evidence I was on controverted about that that's what Anderson testified there was there was there was a great deal of testimony about the fact that those folks had to participate this was not just Cox and others were going to go around of federal officials and and and go ahead and kill them you know the final thing is in terms of federal hit list those words were written by mr. Anderson they were not in his database they were not on the yellow pad when he was taking notes presumably based on what mr. Cox was telling him they were in a private field manual and that was the only thing that was written and he testified that it was his idea to put it under the name federal hit list and it was his idea to add Jimmy Johnson to that to that field manual and that was that was the the gist of it if I may just indulge the court for one more moment on the 241 issue the 241 was primarily almost exclusively about state officials and his dispute with OCS and secondly 241 was not if 241 starts we kill people it was a proportionate response so if I get arrested we arrest other people which which would not be sufficient for a conspiracy to murder and again I would I would urge the court to carefully review the testimony and those transcripts of those undercover meetings because I think there's there's a big difference of opinion between the government and the defense on what was said not on the inferences to be drawn but actually what was said and what the evidence was thank you counsel the case just started is submitted very much the comments from both of you and we will take about a 10-minute recess
judges: Graber, Clifton, M. Smith